UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**OCALA MOOSE LODGE NO. 1014,**
**LOYAL ORDER OF MOOSE, INC. d/b/a**
**OCALA MOOSE LODGE NO. 1014,**

     **Plaintiff**

**vs.**                                                    **CASE NO. _____**

**AIX SPECIALTY INSURANCE**
**COMPANY,**

     **Defendant.**

_____ /

## <u>NOTICE OF REMOVAL</u>

**PLEASE TAKE NOTICE** that, with a full reservation of all rights, defenses, objections, and exceptions, AIX Specialty Insurance Company ("AIX"), named as a defendant in the proceeding entitled *Ocala Moose Lodge No. 1014, Loyal Order of Moose, Inc. d/b/a Ocala Moose Lodge No. 1014 vs. AIX Specialty Insurance Company* from the Circuit Court of the Fifth Judicial District in and for Marion County, Florida, hereby files this Notice of Removal and removes this action to the United States District Court for the Middle District of Florida.  Pursuant to 28 U.S.C. §§ 1441 and 1446, AIX states the grounds of removal as follows:

1.      On November 20, 2023 Plaintiff, Ocala Moose Lodge No. 1014, Loyal Order of Moose, Inc. d/b/a Ocala Moose Lodge No. 1014 ("Plaintiff") filed a Complaint for Damages (the "Complaint") against AIX in the Circuit Court of the Fifth Judicial District in and for Marion County, Florida, where said action is now pending under Case Number 23CA33374, which is captioned *Ocala Moose Lodge No. 1014, Loyal Order of Moose, Inc. d/b/a Ocala Moose Lodge No. 1014 vs. AIX Specialty Insurance Company*.

2.      Plaintiff alleges that it owns property located at 10035 South Highway 441, Belleview, Florida 34420 (the "Property"), which was insured under a policy issued by AIX to Plaintiff and bearing Policy Number LFZ-ML-20000353-03 (the "Policy").  Complaint ¶¶ 5-6.

3.      Plaintiff alleges that the Property was damaged by wind on or about April 20, 2020. Complaint ¶ 9.

4.      Plaintiff asserts a cause of action for breach of contract under the Policy.  Complaint ¶¶ 18-25

5.      Removal of this action under 28 U.S.C. §§ 1332(a) and 1441(b) is proper based on this Court's diversity jurisdiction because the named parties are citizens of different states and the amount in controversy exceeds $75,000.00.

6.      Plaintiff, Ocala Moose Lodge No. 1014, Loyal Order of Moose, Inc. d/b/a Ocala Moose Lodge No. 1014, is a Florida corporation with its principal place of business in Belleview, Florida.  *See* Florida Secretary of State website attached hereto as Exhibit A.  For purposes of diversity jurisdiction, Plaintiff is a citizen of Florida.

7.      Defendant, AIX Specialty Insurance Company, is an insurer incorporated under the laws of the State of Delaware with its principal place of business in the Commonwealth of Massachusetts.  AIX is a citizen of those states for diversity purposes.

8.      Plaintiff's citizenship is therefore completely diverse from AIX for purposes of diversity jurisdiction under 28 U.S.C. § 1332.

9.      While AIX disputes Plaintiff's claims and requested relief, Plaintiff has put more than $75,000.00 in controversy with its claim.  Specifically, Plaintiff alleged in the Civil Cover sheet filed with the Complaint that the amount of the claim exceeds $100,000.00.

- 2 -

10.     Thus, Plaintiff's lawsuit is a civil action brought in a state court over which this United States District Court would have original jurisdiction under 28 U.S.C. § 1332 because the parties to this case are citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs, and may be removed to this Court pursuant to 28 U.S.C. § 1441.

11.     This removal is timely under 28 U.S.C. § 1446 because Plaintiff served the Chief Financial Officer of the State of Florida with the Complaint on November 27, 2023.  AIX removed this case to this Court within 30 days of its receipt of service of process of Plaintiff's Complaint through the Florida CFO.  Pursuant to section 624.423(2), Florida Statutes, service of process upon an insurer is only valid and binding once it has been transmitted to the insurer by the Florida CFO. *See* § 624.423, Fla. Stat. (2019); *Home Life Ins. Co. v. Regueira*, 243 So. 2d 460 (Fla. 2nd DCA 1970).

12.     Venue is proper in the Court because the Circuit Court of the Fifth Judicial District in and for Marion County, Florida, is a state judicial circuit within the Middle District of Florida pursuant to 28 U.S.C. § 89(b).

13.     Plaintiff demanded a trial by jury in its state court Complaint.

14.     Attached hereto *in globo* as Exhibit B are copies of all process, pleadings, and orders served upon AIX, pursuant to 28 U.S.C. § 1446(a), as well as a copy of all process, pleadings and orders available in the state court record pursuant to 28 U.S.C. § 1447(b).

15.     Promptly after filing this Notice of Removal, AIX will file, and serve upon counsel, its Notice of Filing of Notice of Removal with the Circuit Court of the Fifth Judicial District for Marion County, Florida.

**WHEREFORE**, Defendant, AIX Specialty Insurance Company, prays that the above-referenced action be removed from the Circuit Court of the Fifth Judicial District for Marion County, Florida to the United States District Court for the Middle District of Florida.

Dated this 18th day of December 2023.

Respectfully submitted,

**PHELPS DUNBAR, LLP**

*/s/ Rick M. Shelby*
Patrick "Rick" M. Shelby (Fla. Bar No. 1000999)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
Email: shelbyp@phelps.com

**ATTORNEY FOR DEFENDANT,
AIX SPECIALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of December 2023, a true and correct copy of the foregoing was served by e-mail/ECF to all counsel listed in the below Service List.

*/s/ Rick M. Shelby*
Patrick "Rick" M. Shelby

**SERVICE LIST:**

HL LAW GROUP, P.A.
Brianne L. Stricoff, Esquire
FBN: 1018974
Attorney for Plaintiff
2601 East Oakland Park Boulevard, Suite 503
Fort Lauderdale, Florida 33306
Telephone: (954) 713-1212
Facsimile: (954) 760-4239
Primary Email:          BStricoff@HLLawgroup.com
Secondary Email:     Service@HLLawGroup.com
Tertiary Email:         Shane@HLLawGroup.com
                              LHaynes@HLLawgroup.com

PD.43931949.1