UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

OCALA MOOSE LODG ENO. 1014,
LOCAL ORDER OF MOOSE, INC.
d/b/a OCALA MOOSE LODG ENO. 1014,

    Plaintiff,

v.

Case No.:
5:23-cv-730-BJD-PRL

AIX SPECIALTY INSURANCE COMPANY,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW, Plaintiff, OCALA MOOSE LODGE NO. 1014, LOCAL ORDER OF MOOSE, INC. d/b/a OCALA MOOSE LODGE NO. 1014, and and through undersigned counsel and this cause having resolved, hereby voluntarily dismisses this lawsuit with prejducie. The Court shall retain jurisdiction to enforce the terms of settlement.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 3 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send a notice of electronic filing to: Rick M. Shelby, Esq. of Phelps Dunbar LLP (Counsel for Defendant) at rick.shelby@phelps.com.

**HL LAW GROUP, P.A.**

By: /s/ *Brian K. Lewis, Jr.*
Brian K. Lewis, Jr., Esq.
FBN: 119920
Attorneys for Plaintiff
2601 E. Oakland Park Blvd, #503
Fort Lauderdale, Florida 33306
Telephone: (954) 713-1212
Facsimile: (954) 760-4239
Email: Brian@HLLawGroup.com
Secondary Email:
Service@HLLawGroup.com
Shane@HLLawGroup.com